# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: July 22, 2009  
Time: 3 hours and 5 minutes

**CASE NO. 09-cv-00970-PAB-KMT**

<u>Parties</u>

**PREDATOR INTERNATIONAL, INC.,**

Plaintiff (s),

vs.

**GAMO OUTDOOR USA, INC.,**

Defendant (s).

<u>Counsel</u>

Jeffrey Thennisch  
Abby Moskovitz

James Lewis  
Steve Fardy

## HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**8:40 .m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Motion for Preliminary Injunction (Doc #9), filed 5/15/09.**

Discussion on how this hearing should proceed.

Mr. Thennisch objects to defendant's live witnesses and the scope of their testimony.

Page Two
09-cv-00970-PAB-KMT
July 22, 2009

**ORDERED:**  Defendant's witnesses will be allowed to testify and will be sequestrated.

**8:49 a.m.**     Opening statements by Mr. Thennisch.

**9:05 a.m.**     Opening statements by Mr. Fardy.

**9:17 a.m.**     Direct examination of defendant's witness John Schild by Mr Fardy.

**9:50 a.m.**     Cross examination by Ms. Moskovitz.

**10:16 a.m.**    **COURT IN RECESS**

**10:26 a.m.**    **COURT IN SESSION**

                  Cross examination by Ms. Moskovitz continues.

**10:31 a.m.**    Redirect examination by Mr. Fardy.

Witness excused.

**10:44 a.m.**    Direct examination of defendant's witness Vincent Abrams by Mr Fardy

**10:58 a.m.**    Cross examination by Ms. Moskovitz.

**11:08 a.m.**    Redirect examination by Mr. Fardy.

Witness excused.

Court addresses Mr. Lewis' objections to the admission of plaintiff's exhibits 18, 9, 12, 31 and 32.  Objections overruled.

**ORDERED:**  Plaintiff's **exhibits 1 through 41** are ADMITTED for purposes of these proceedings.

**ORDERED:**  Defendant's **exhibits A1 though A43** are ADMITTED for purposes of these proceedings.

**11:21 a.m.**    Closing arguments by Mr. Thennisch.

**11:35 a.m.**    Closing arguments by Mr. Fardy.

Page Three
09-cv-00970-PAB-KMT
July 22, 2009

**ORDERED:** Plaintiff's Motion for Preliminary Injunction (Doc #9), filed 5/15/09 is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant's Emergency Motion for Leave to File Excess Pages (Doc #38), filed 7/17/09 is **GRANTED**.

**11:55 a.m.   COURT IN RECESS**

**Total in court time:        185 minutes**

**Hearing concluded**