IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00970–PAB–KMT

PREDATOR INTERNATIONAL, INC.,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant "Gamo's Motion for Leave to Appear Telephonically at August 17, 2009 Scheduling Conference" (#54, filed August 11, 2009) is GRANTED. Defendant's Counsel shall call **(303) 335-2780** at the scheduled time.

Dated: August 14, 2009