IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00970-PAB-KMT

PREDATOR INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

    Defendant.

_____

**ORDER GRANTING PRELIMINARY INJUNCTION RE COPYRIGHT INFRINGEMENT**
_____

    The parties have stipulated to the issuance of a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a) limited to plaintiff's claim for copyright infringement [Docket No. 32]. Consistent with their stipulation and in order to protect plaintiff's copyright, it is **ORDERED** that:

    Gamo, including its officers, directors, agents, employees, related companies, and all those persons in active concert or participation with it, is preliminarily enjoined from using the exact phrase:

    1. "Specifications:

        Higher Velocity & Flat Trajectory

        Accurate and Efficient

        Allows for Deeper Penetration

        Instant Expansion on Impact

        Light Weight

.177 cal weighs 8gr, .22 weighs 16gr"

and any of the following phrases or any phrase that infringes the copyrightable subject matter shown in the Predator Copyright Registration, either alone or in combination with each other, in its advertising or promotional materials, on its website, or in any way in connection with the sale of the RED FIRE air gun pellet:

1. You will experience better accuracy, deeper penetration and higher velocity with these revolutionary new hunting polymer tipped pellets.

2. The hollow point design creates instant expansion on impact allowing for the taking of larger animals.

3. The hard polymer tip provides excellent flight characteristics as well.

4. The Red Fire™ is designed specifically to be the most effective and efficient air gun hunting ammunition available.

DATED October 22, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge