IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00970-PAB-KMT

PREDATOR INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on Plaintiff's Motion for Court to Enter Stipulated Injunction (D/E 32) Nunc Pro Tunc, for Enforcement and Contempt of Stipulated Injunction, and for Sanctions [Docket No. 64].

    To the extent the motion seeks entry of the parties' stipulated preliminary injunction order [Docket No. 32], the motion is addressed by a separate order to that effect.  As for the requests that the order be entered nunc pro tunc and that defendant be found in contempt of that order, it is

    **ORDERED** that the motion [Docket No. 64] is denied.

    DATED October 22, 2009.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge