IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00970–PAB–KMT

PREDATOR INTERNATIONAL, INC.,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion for Clerk to Serve Industrias El Gamo, S.A. Pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) or Alternatively for Court Order of Service Pursuant to Fed. R. Civ. P. 4(f)(3)" (#78, filed November 4, 2009) is DENIED.  An Order is not necessary for the Clerk of the Court to assist with service.  Plaintiff may contact the Clerk of the Court and cooperate with the Clerk's instructions on the requirements of submitting the proper international mail forms and necessary costs involved in performing service by mail.

Dated: November 6, 2009