IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00970–PAB–KMT

PREDATOR INTERNATIONAL, INC.,

  Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation, and
INDUSTRIAS EL GAMO, S.A., a Spanish corporation,

  Defendants.

---

**MINUTE ORDER**

---

This matter is before the court on the parties' Joint Motion to Amend Minute Order to Extend Dates. (Doc. No. 152.) Based on good cause shown, the discovery deadlines are amended as follows:

  1) the discovery cutoff is extended to December 1, 2010;

  2) the dispositive motions deadlines is extended to January 14, 2011;

  3) the deadline for expert designations is extended to October 6, 2010; and

4) the deadline for rebuttal expert designations is extended to November 16, 2010.

Dated this _26_ day of _July_, 2010.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge