IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00970–PAB–KMT

PREDATOR INTERNATIONAL, INC.,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation, and
INDUSTRIAS EL GAMO, S.A., a Spanish corporation,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the parties' Joint Motion to Amend Minute Order to Extend Dates. (Doc. No. 168.) Based on good cause shown, the discovery deadlines are amended as follows:
    1) the discovery cutoff is extended to January 18, 2011;
    2) the dispositive motions deadlines is extended to February 28, 2011;
    3) the deadline for expert designations is extended to November 22, 2010; and
    4) the deadline for rebuttal expert designations is extended to December 31, 2010.

Dated: October 5, 2010