IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00970–PAB–KMT

PREDATOR INTERNATIONAL, INC.,
a Colorado Corporation,

    Plaintiff/Counter-Defendant,

v.

GAMO OUTDOOR USA, INC., a Florida corporation, and
INDUSTRIAS EL GAMO, S.A., a Spanish corporation,

    Defendants/Counter-Plaintiff.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of the pending dispositive motions and the pending motion to amend the that have the potential to greatly affect the posture of the case, the Final Pretrial Conference set for July 28, 2011, is VACATED and RESET to November 1, 2011, at 9:15 a.m., before Magistrate Judge Kathleen M. Tafoya in Courtroom C-201 of the Byron Rogers Courthouse.  The parties shall file their proposed Final Pretrial Order no later than October 25, 2011.

"Plaintiff's Motion to Appear at July 28, 2011 Final Pretrial Conference by Telephone" (Doc. No. 229, filed July 20, 2011) is DENIED as moot.

Dated: July 21, 2011