IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00970–PAB–KMT

PREDATOR INTERNATIONAL, INC.,
a Colorado Corporation,

    Plaintiff/Counter-Defendant,

v.

GAMO OUTDOOR USA, INC., a Florida corporation, and
INDUSTRIAS EL GAMO, S.A., a Spanish corporation,

    Defendants/Counter-Plaintiff.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Unopposed Motion for Leave to File Response to Predator's Third, Fourth, and Fifth Claims in its Fourth Amended Complaint [D/E 161] *Instanter*" (Doc. No. 243, filed Oct. 5, 2011) is GRANTED. Defendants' "Answer to Plaintiff's Third, Fourth and Fifth Claims in its Fourth Amended Complaint and Additional Affirmative Defenses" (Doc. No. 244) is accepted as filed as of October 5, 2011.

Dated: October 6, 2011