IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00970–PAB–KMT


PREDATOR INTERNATIONAL, INC.,
a Colorado Corporation,

      Plaintiff/Counter-Defendant,

v.

GAMO OUTDOOR USA, INC., a Florida corporation, and
INDUSTRIAS EL GAMO, S.A., a Spanish corporation,

      Defendants/Counter-Plaintiff.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**


"Plaintiff's Motion to Appear at November 1, 2011 Final Pretrial Conference by Telephone"
(Doc. No. 248, filed Oct. 20, 2011) is GRANTED. Plaintiff's counsel may attend the Final
Pretrial Conference by dialing 303-335-2780 at the scheduled time.

Dated: October 21, 2011