IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00970-PAB-KMT

PREDATOR INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

    Defendant.

## ORDER

On March 26, 2012, the Court granted the motion for summary judgment [Docket No. 183] filed by the now dismissed defendant Industrias El Gamo, S.A. ("Gamo Spain"). Because Gamo Spain also appears in this case as a counterclaim plaintiff, the Court ordered [Docket No. 291] Gamo Spain to inform the Court whether the March 26 order moots its counterclaims. On April 3, 2012, Gamo Spain and plaintiff filed a Stipulation of Dismissal of Gamo Spain's Counterclaims [Docket No. 292]. In light of the parties' stipulation, it is

**ORDERED** that Gamo Spain's counterclaims are dismissed without prejudice and Gamo Spain shall be dismissed from this action as a counter claimant.

DATED April 10, 2012.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge