IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00970-PAB-KMT

PREDATOR INTERNATIONAL, INC.,
a Colorado corporation,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC.,
a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's motion for leave to file excess pages [Docket No. 355] for its motion seeking, among other things, relief pursuant to Fed. R. Civ. P. 59(e) [Docket No. 356]. Pursuant to § III.A of this Court's Practice Standards, such a motion may not exceed fifteen pages unless plaintiff can show good cause. Plaintiff seeks to file a 43-page motion, but fails to show good cause. A review of the motion, which plaintiff has already filed, *see* Docket No. 356, shows it to be repetitive and unduly verbose. For example, the argument section of the motion does not begin until page 16. Moreover, plaintiff devotes nearly two pages to a quote from a single case. *See* Docket No. 356 at 33-34. The page limits in the Court's Practice Standards are designed to deter motions of this type, which make no reasoned attempt to separate the wheat from the chaff. The Court will, however, allow plaintiff to file a 30-page motion. Wherefore, it is

    **ORDERED** that plaintiff's motion for leave to file excess pages [Docket No. 355] is GRANTED in part and DENIED in part. Plaintiff is granted leave to file a 30-page motion. It is further

    **ORDERED** that plaintiff's post-judgment motion [Docket No. 356] is STRICKEN.

    DATED July 26, 2012.