FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

May 10, 2013

Elisabeth A. Shumaker
Clerk of Court

In re:

PREDATOR INTERNATIONAL, INC.,
a Colorado corporation,

        Petitioner.

No. 13-1130
(D.C. No. 1:09-CV-00970-PAB-KMT)
(D. Colo.)

**ORDER**

Before **LUCERO**, **HARTZ**, and **HOLMES**, Circuit Judges.

      This matter comes before the court on the petition for writ of mandamus filed by Predator International, Inc.  To be eligible for mandamus relief, Predator must show that it has "no other adequate means to attain the relief [it] desires," that its "right to the writ is clear and indisputable," and that "the writ is appropriate under the circumstances."  *In re Cooper Tire & Rubber Co.*, 568 F.3d 1180, 1187 (10th Cir. 2009) (internal quotation marks omitted).  We conclude that Predator International, Inc., has not made the showing necessary to obtain mandamus relief.

      The petition for writ of mandamus is therefore denied.  The motion to exceed the page limit is denied as moot.

                                              Entered for the Court

                                              ELISABETH A. SHUMAKER, Clerk