IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00970-PAB-KMT

PREDATOR INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer.**

    This matter is before the Court on Plaintiff's Motion for Status Conference [Docket No. 382] filed by plaintiff Predator International, Inc. ("Predator") on May 14, 2013. Predator requests a status conference "for the purpose of refreshing the Court on outstanding motions, establishing such scheduling as may be required for trial, modifying the pre-trial order as necessary and setting a trial date." Docket No. 382 at 1. After reviewing the docket, the Court has determined that:

- The following motions are moot in light of the Court's March 18, 2013 Order: Docket Nos. 261, 335, and 363.

- The following motions have been ruled on: Docket Nos. 280 and 313. *See* Docket Nos. 368 and 369.

- The following motions were not mooted by the Court's March 18, 2013 Order: Docket Nos. 266, 286, 294, 296, 318, 334, 336, and 337.

    Accordingly, it is

    **ORDERED** that Plaintiff's Motion for Status Conference [Docket No. 382] filed by plaintiff Predator International, Inc. is DENIED. It is further

    **ORDERED** that the parties are directed to contact the chambers of Magistrate Judge Kathleen M. Tafoya at (303) 335-2780 to set deadlines for amending the final pretrial order and setting a new trial date and to establish any other deadlines that Judge Tafoya determines are appropriate.

    DATED May 17, 2013.