IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00970–PAB–KMT


PREDATOR INTERNATIONAL, INC., a Colorado Corporation,

      Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

      Defendant.

---

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion for Order under Rule 26(e)(1)(B)" (Doc. No. 416, filed Oct. 17, 2013) is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1A's duty to confer.

As an additional matter, the court notes that Exhibits 2 and 3 to Plaintiff's Motion were filed as public documents, even though they have been designated "Attorneys' Eyes Only" (AEO) under the Protective Order, and notwithstanding Plaintiff's acknowledgement that Defendant may wish to seal these exhibits.   In the future, Plaintiff's counsel shall <u>file</u> any documents designated as AEO or "Confidential" under restriction <u>at the outset</u>.   The Clerk of Court is directed to place Exhibits 2 and 3 (Doc. Nos. 416-2 & 416-3) under Level 1 restriction.   Consistent with D.C.COLO.LCivR 7.2D, these exhibits will be held under restriction until October 31, 2013.   If Defendant fails to file a motion to restrict Exhibits 2 and 3 on or before that date, they will be unrestricted on November 1, 2013 without further notice.

Dated:   October 17, 2013