IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00970-PAB-KMT

PREDATOR INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer.**

    This matter is before the Court on the motions in limine [Docket Nos. 441-50] filed by plaintiff Predator International, Inc. ("Predator") on January 17, 2014. In each motion, Predator provides the following certification: "Parties' counsel have agreed to oppose each other's Motions in Limine but to respond no later than 5 days after the filing thereof by notice to each other and to the Court with respect to whether their opposition to any Motion in Limine continues." *See, e.g.*, Docket No. 442 at 1. The Court interprets this language to mean that the parties have agreed that any motion in limine the other party files is presumptively opposed; however, once filed and after review, if it is not opposed, the non-filing party will notify the Court.

    Local Rule 7.1 states that, "[b]efore filing a motion, counsel for the moving party . . . shall confer or make reasonable good faith efforts to confer with any opposing counsel . . . to resolve any disputed matter." D.C.COLO.LCivR 7.1(a). The rule is designed to promote judicial efficiency by encouraging parties to resolve disputes and identify areas of agreement *before* filing a motion. The rule does not include an exception permitting parties to effectively waive its application on the basis of private agreement.

    Wherefore, it is

    **ORDERED** that Plaintiff's Motion in Limine No. 1 Re: Lou Riley [Docket No. 441], Plaintiff's Motion in Limine No. 3 Re: Telephone Testimony for Regina Valladares [Docket No. 442], Plaintiff's Motion in Limine No. 4 Re: Telephone Testimony for Jennifer Apple, Now Jennifer Nunley [Docket No. 443], Plaintiff's Motion in Limine No. 5 Re: State Court Proceedings [Docket No. 444], Plaintiff's Motion in Limine No. 6 Re: Summaries [Docket No. 445], Plaintiff's Motion in Limine No. 7 Re: Demonstrative

Exhibits [Docket No. 446], Plaintiff's Motion in Limine No. 8 Re: Fed. R. Evid. 404 and 406 [Docket No. 447], Plaintiff's Motion in Limine No. 9 Re: Pre-Judgment Interest [Docket No. 448], Plaintiff's Motion in Limine No. 10 Re: Damages [Docket No. 449], and Plaintiff's Motion in Limine No. 2 Re: Lee Phillips [Docket No. 450] are STRICKEN for failure to comply with Local Rule 7.1.

      DATED January 17, 2014.