IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00970-PAB-KMT

PREDATOR INTERNATIONAL, INC., a Colorado corporation,

Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer.**

This matter is before the Court on Defendant's Motion *In Limine* #1 to Bar Evidence and Testimony Regarding Irrelevant Alleged Similarities Between Red Fire® and Polymag Pellets [Docket No. 334] filed by defendant Gamo Outdoor U.S.A., Inc. ("Gamo"); Defendant's Motion in *In Limine* #3 to Bar Irrelevant, Prejudicial, and Speculative Testimony and Evidence [Docket No. 336]; and Defendant's Motion *In Limine* #4 to Bar Evidence and Testimony Regarding the Court's October 22, 2009 Stipulated Preliminary Injunction Order [Docket No. 337]. These motions were filed on June 29, 2012; dismissed as moot when the case was closed on July 5, 2012 [Docket No. 351]; and reopened on May 17, 2013. In light of the Court's January 31, 2014 Order, it is

**ORDERED** that Defendant's Motion *In Limine* #1 to Bar Evidence and Testimony Regarding Irrelevant Alleged Similarities Between Red Fire® and Polymag Pellets [Docket No. 334] filed by defendant Gamo Outdoor U.S.A., Inc. is DENIED as moot. It is further

**ORDERED** that Defendant's Motion in *In Limine* #3 to Bar Irrelevant, Prejudicial, and Speculative Testimony and Evidence [Docket No. 336] is DENIED as moot. It is further

**ORDERED** that Defendant's Motion *In Limine* #4 to Bar Evidence and Testimony Regarding the Court's October 22, 2009 Stipulated Preliminary Injunction Order [Docket No. 337] is DENIED as moot.

DATED: February 3, 2014.