IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00970-PAB-KMT

PREDATOR INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    It is

    **ORDERED** that Plaintiff's Motion to Stay Responses to Doc. 545 and Doc. 550 [Docket No. 571] is GRANTED.  It is further

    **ORDERED** that designations of deposition testimony for the trial set to begin on August 19, 2014 shall be filed on or before **Tuesday, June 17, 2014**.  Counter-designations shall be filed on or before **Wednesday, July 2, 2014**.  It is further

    **ORDERED** that witness and exhibit lists shall be filed on or before **Monday, July 14, 2014**.

    DATED April 21, 2014.