IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00970-PAB-KMT

PREDATOR INTERNATIONAL, INC., a Colorado corporation,

　　Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

　　Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

　　This matter comes before the Court on the Joint Motion for Dismissal [Docket No. 585]. The Court has reviewed the pleading and is fully advised in the premises. It is

　　**ORDERED** that the Joint Motion for Dismissal [Docket No. 585] is GRANTED. It is further

　　**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

　　**ORDERED** that the trial preparation conference set for August 4, 2014 at 1:30 p.m. and the jury trial set for August 19, 2014 at 8:00 a.m. are vacated.

　　DATED July 3, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　 s/Philip A. Brimmer
　　　　　　　　　　　　　　　　　　PHILIP A. BRIMMER
　　　　　　　　　　　　　　　　　　United States District Judge