IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00970-PAB-KMT

PREDATOR INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

GAMO OUTDOOR USA, INC., a Florida corporation,

    Defendant.

## ORDER

This matter is before the Court on the Opinion [Docket No. 596] and Judgment [Docket No. 597] of the United States Court of Appeals for the Tenth Circuit. On July 14, 2015, the Tenth Circuit reversed and remanded the Court's January 17, 2014 Order [Docket No. 439] granting in part defendant Gamo Outdoor USA, Inc. and former defendant Industrias El Gamo S.A.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927. Wherefore, it is

**ORDERED** that the Court's January 17, 2014 Order [Docket No. 439] is **VACATED**. It is further

**ORDERED** that the Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 filed by defendant Gamo Outdoor USA, Inc. and former defendant Industrias El Gamo S.A. [Docket No. 266] is **DENIED**.

DATED August 5, 2015.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge